```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 37734
    WILLIE FINISTER JR
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2710
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   The case was filed on 10/12/2004 and was confirmed 01/10/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured creditors  10.00%.

   The case was paid in full 10/07/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CONSUMER FINANCE CORP | SECURED | 1800.00 | 102.87 | 1800.00 |
| CONSUMER FINANCE CORP | UNSECURED | 2145.79 | .00 | 214.58 |
| AMERICREDIT FINANCIAL SV | UNSECURED | 7218.97 | .00 | 721.90 |
| CHICAGO RIDGE | FILED LATE | 985.00 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 820.00 | .00 | 82.00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1242.64 | .00 | 124.26 |
| NCM TRUST | UNSECURED | 763.32 | .00 | 76.33 |
| WORLD COMM | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMER FINANCE CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| BANK ONE NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 5.20 | .00 | 5.20 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,250.00 | | 3,250.00 |
| TOM VAUGHN | TRUSTEE | | | 404.98 |
| DEBTOR REFUND | REFUND | | | 177.88 |

   Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 6,960.00 | |
| PRIORITY | | 5.20 |
| SECURED | | 1,800.00 |
|     INTEREST | | 102.87 |
| UNSECURED | | 1,219.07 |
| ADMINISTRATIVE | | 3,250.00 |
| TRUSTEE COMPENSATION | | 404.98 |
| DEBTOR REFUND | | 177.88 |
| TOTALS | 6,960.00 | 6,960.00 |

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 37734 WILLIE FINISTER JR

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/27/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |